UNCLAIMED FUNDS

#60294

FILED
2009 AUG 27 PM 1:44

CLERK
NORTHERN DISTRICT OF OHIO
CANTON

AUGUST 26, 2009

03-61414  MARK TOMAS MILES
         JACKLYN RAMONA MILES
         DEBTOR DID NOT CASH CHECK
         CHECK #385293 FOR $319.33
         MARK THOMAS MILES
         JACKLYN RAMONA MILES
         3250 MAYHAM RD NE
         CARROLLTON, OH 44615

04-61144  JOSEPH RIOS, JR. (DECEASED)
         HILARY RIOS
         CREDITOR DID NOT CASH CHECK
         CHECK #385294 FOR $6.09
         EBERLY MCMAHON HOCHSCHELD LLC
         2321 KEMPER LN #100
         CINCINNATI, OH 45206

07-60975  CLARENCE & JOYCE HOLCOMBE
         CREDITOR DID NOT CASH CHECK
         CHECK #385295 FOR $465.87
         FIRST INDIANA BANK
         135 NORTH PENNSYLVANIA STREET
         INDIANAPOLIS, IN 46204

07-60975  CLARENCE & JOYCE HOLCOMBE
         CREDITOR DID NOT CASH CHECK
         CHECK #385296 FOR $552.62
         FIRST INDIANA BANK
         135 NORTH PENNSYLVANIA STREET
         INDIANAPOLIS, IN 46204